UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | | |
|---|---|---|
| **DONALD WILLIAMS,** Plaintiff, | : | |
| – against – | : | **MEMORANDUM DECISION AND ORDER** |
| | : | 26-CV-6195 (AMD) (SDE) |
| **THE NEW YORK CITY POLICE DEPARTMENT** *et al.*, Defendants. | : | |

---------------------------------------------------------------- X

**ANN M. DONNELLY,** United States District Judge:

On October 8, 2026, the *pro se* plaintiff brought this action against two unnamed New York City Police Department officers and the City of New York. (ECF No. 1.) The plaintiff did not include the required filing fees or an *in forma pauperis* ("IFP") form. On October 9, 2026, the Court notified the plaintiff that his filing was deficient and directed him to complete an IFP form or pay the filing fees within 14 days. (ECF No. 3.) On October 23, 2026, the plaintiff filed a motion to proceed IFP. (ECF No. 4.) On November 6, 2026, the Court denied the plaintiff's motion without prejudice to renew and directed him to submit a new IFP form or pay the filing fees withing 14 days. (ECF No. 5.) On November 16, 2026, the plaintiff filed a new IFP form that demonstrates his indigency. (ECF No. 6.) Accordingly, the plaintiff's motion to proceed IFP pursuant to 28 U.S.C. § 1915 is granted.

The Clerk of Court is respectfully directed to issue a summons against the defendants, and the United States Marshals Service is respectfully directed to serve the summons, complaint, and this Order on the defendants without prepayment of fees. The Clerk of Court is further directed to mail a copy of this Order to the plaintiff, and to note the mailing on the docket.

**SO ORDERED.**

s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
November 24, 2026